302 U.S. 747
 58 S.Ct. 265
 82 L.Ed. 578
 The STATE OF TEXAS, petitioner,
v.
ANDERSON, CLAYTON & COMPANY* et al.
 No. 496.
 Supreme Court of the United States
 November 15, 1937
 
 Mr. A. L. Reed, of Dallas, Tex., for petitioner.
 
 
 1
 For opinion below, see 92 F.(2d) 104.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 302 U.S. 780, 5, S.Ct. 366, 82 L.Ed. ——.